JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BEYOND THE FRAME, LTD., a United Kingdom Corporation,<br><br>  Defendant. | Case No.: CV-10-07576 MMM (SSx)<br><br>**[PROPOSED] ORDER GRANTING TRANSFER OF ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Honorable Margaret M. Morrow |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered the parties' Stipulation for Transfer of Action to the Southern District of New York, and finding good cause therefore,

**IT IS HEREBY ORDERED** that this action is transferred to the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 100007-1312.

**IT IS SO ORDERED.**

_____
The Honorable Margaret M. Morrow
United States District Court Judge